UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BROWN, | No. 2:22-cv-1062 TLN DB PS |
| Plaintiff, | |
| v. | ORDER |
| FRANK KENDALL, Secretary of the United States Department of the Air Force, | |
| Defendant. | |

Plaintiff Jacqueline Brown is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). Plaintiff commenced this action on June 21, 2022, by filing a complaint and paying the required filing fee. (ECF No. 1.) On November 8, 2022, defendant filed an ex parte application for an extension of time to December 12, 2022 to respond to plaintiff's complaint. (ECF No. 9.) However, on November 14, 2022, defendant filed a motion to dismiss plaintiff's complaint. (ECF No. 10.)

Accordingly, IT IS HEREBY ORDERED that defendant's November 8, 2022 ex parte motion (ECF No. 9) is denied without prejudice to renewal as having been rendered moot.

Dated: November 15, 2022

DLB:6
DB/orders/orders.pro se/brown1062.eot.ord

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE