UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANK KENDALL, Secretary of the United States Department of the Air Force,<br><br>　　　　Defendant. | No. 2:22-cv-1062-TLN-DB<br><br><br><br>**ORDER** |

Plaintiff is proceeding in this action pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 25, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. Plaintiff filed objections to the findings and recommendations.

The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 25, 2023 (ECF No. 36) are ADOPTED IN FULL;
2. Defendant's February 21, 2023 motion to dismiss (ECF No. 28) is GRANTED;
3. The February 6, 2023 amended complaint (ECF No. 26) is DISMISSED with prejudice; and
4. The Clerk of Court is directed to close this case.

Date: September 27, 2023

Troy L. Nunley
United States District Judge